IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ROBERT L. HILLMAN,

    Plaintiff,

vs.                            Civil Action C-2-08-1089
                                  Judge Sargus
                                  Magistrate Judge King

BRIAN SIMMS, *et al.*,

    Defendants.

## ORDER

    Plaintiff has filed a motion, Doc. No. 7, in which he states that it was not his intention to file a civil action. He asks merely that his allegations be reviewed by the Court and referred to the "Attorney General" for criminal prosecution. Plaintiff also asks that the filing fee for a civil action be waived.

    Because plaintiff did not intend to file a civil action, his request that the filing fee be waived is **GRANTED.**

    This Court does not review matters for criminal prosecution. Accordingly, this action is hereby **DISMISSED.** Plaintiff remains free, however, to contact the federal prosecuting authority in the Southern District of Ohio:

        United States Attorney for the
        Southern District of Ohio
        303 Marconi Boulevard, Suite 200
        Columbus, Ohio 43215

12-29-2008
Date

Edmund A. Sargus, Jr.
United States District Judge